FILED

2013 Aug-15  PM 04:36
U.S. DISTRICT COURT
N.D. OF ALABAMA



## wwIN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **CLIFTON HENDERSON,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NUMBER:** |
| | § | **2:12-cv-04090-JHH** |
| | § | |
| **ASSET MANAGEMENT** | § | |
| **PROFESSIONALS, LLC, a corporation;** | § | |
| **CIGPF I CORP. a corporation;** | § | |
| | § | |
| **Defendants.** | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties, Clifton Henderson ("Plaintiff") and Asset Management Professionals, LLC and CIGPF I Corp. ("Defendants"), hereby file this joint stipulation of dismissal with prejudice of all claims brought in this action and state: Plaintiff dismisses all claims against Defendants with prejudice.  Each party is to bear their own attorney's fees and costs.

Dated this 15th day of August, 2013.

Respectfully submitted,

/s/ Whitney Seals
W. Whitney Seals, Esq.
Of Counsel
**Pate & Cochrun, LLP**
P.O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Facsimile: (205) 323-3906
**Attorney for Plaintiff,**
**Clifton Henderson**

/s/ Whitney White
Whitney L. White
State Bar No. 24075269
**Sessions, Fishman, Nathan & Israel, LLC**
900 Jackson St., Ste. 440
Dallas, Texas 75202
Telephone: 214-741-3001
Facsimile: 214-741-3055

1

Bryan C. Shartle
Louisiana Bar No. 27640
**Sessions, Fishman, Nathan & Israel, LLC**
3850 N. Causeway Boulevard, Suite 200
Metairie, Louisiana 70002-7227
Telephone:  (504) 828-3700
Facsimile:  (504) 828-3737
bshartle@sessions-law.biz

Laura C. Nettles
(ASB-5805-S63L)
**Lloyd, Gray, Whitehead & Monroe, P.C.**
2501 Twentieth Place South, Ste. 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380

**Attorneys for Defendants**
**Asset Management Professionals, LLC and**
**CIGPF I Corp.**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 15th day of August, 2013, a copy of the foregoing

**Joint Stipulation of Dismissal with Prejudice** was electronically filed with the Clerk of

the Court, United States District Court for the Northern District of Alabama, Southern

Division and served upon the following via CM/ECF:

W. Whitney Seals, Esq.
**Pate & Cochrun, LLP**
P.O. Box 10448
Birmingham, AL 35202-0448
Telephone: (205) 323-3900
Facsimile: (205) 323-3906

*/s/ Whitney White*
Whitney L. White

2